**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

NICK SPAGNOLO,
Appellant,
vs.
NADIC NETWORK CERTIFIED
DENTISTS,
Respondent.

No. 65299

**FILED**

JUN 3 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant seeks to challenge the district court's oral ruling setting aside a default judgment. No appeal may be taken, however, from a district court's oral ruling. *Rust v. Clark Cnty. Sch. Dist.*, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987). Accordingly, we lack jurisdiction over this appeal and we therefore

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:  Hon. Kenneth C. Cory, District Judge
Nick Spagnolo
Eighth District Court Clerk

14-21353